E-FILED
Wednesday, 14 October, 2020  02:16:35 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 2

# GE Dependent Life Insurance Plan for Hourly and Nonexempt Salaried Employees
## As Amended July 1, 1991

HRB-919.3HN

## Section I.
### Benefits

A.  As a participating employee, the amount of your GE Dependent Life Insurance for your spouse and for each of your dependent children will be the amount of Dependent Life Insurance shown in the Schedule below (Section I.B.), for whichever Option you elect.

Effective January 1, 1992 you may elect coverage only for your spouse or coverage only for your children or for both your spouse and your children.

1.  If any covered dependent dies while you are participating in this Plan, the amount of Dependent Life Insurance in force at the date of death of such dependent shall be paid to you in one sum, provided, however, that in no case shall any payment be made for the death of a covered dependent while such dependent is in the armed forces, if death is caused by war (declared or undeclared) or any act of war.

2.  If the death of a covered dependent occurs subsequent to your death, the amount of Dependent Life Insurance in force on account of such dependent at date of death shall be paid to the executor or administrator of the deceased dependent's estate or, at the option of the carrier, to any one or more of the following surviving relatives of the deceased dependent: mother, father, child or children, brothers or sisters.

B.  Schedule

|  | Amount of Dependent Life Insurance | |
|---|---|---|
|  | Spouse | Child/Children |
| Option I | $ 5,000 | $1,000 |
| Option II* | $10,000 | $2,000 |
| Option III** | $15,000 | $3,000 |
| Option IV*** | $20,000 | $4,000 |

*    Option II is not available to participants in the Plan who retired on or before January 1, 1980.
**   Option III is not available to participants in the Plan who retired on or before January 1, 1983.
***  Option IV is effective January 1, 1992 and is not available to participants in the Plan who retired on or before January 1, 1992.

## Section II.
### Your Contribution for this Coverage

Your weekly contributions upon your enrollment for participation in one of the Options of Dependent Life Insurance in the above Schedule, regardless of the number of dependents covered will be:

|  | Weekly Contribution |
|---|---|
| Option I | $ .70 |
| Option II | $1.40 |
| Option III | $2.10 |

Effective January 1, 1992 the above table of contributions is replaced with the following:

**Weekly Contributions***

| | Spouse Only | Child/ Children Only | Combined |
|---|---|---|---|
| Option I | $ .65 | $.05 | $ .70 |
| Option II | $1.30 | $.10 | $1.40 |
| Option III | $1.95 | $.15 | $2.10 |
| Option IV | $2.60 | $.20 | $2.80 |

* These contribution rates are subject to change on January 1, 1992 based on the claims experience of the Plan.

Contributions will start at the beginning of the payroll period following acceptance of your enrollment.

Contributions will be made by means of payroll deductions from regular payments of compensation by the Company to you.

These rates are subject to change by the carrier each year on January 1st.

The cost of this coverage is borne entirely by participating employees, except that the General Electric Company will pay the cost of the administrative work it performs.

# Section III.
## General Provisions

### A. Eligibility

All hourly and nonexempt salaried employees as defined in Section IX are eligible to participate in the Plan, except (a) employees hired on a temporary basis, (b) individuals on retainer, and (c) other special classes of employees as prescribed by the rules of the Company from time to time. However, any eligible hourly and nonexempt salaried employees who are represented by a union (pursuant to a certification by the National Labor Relations Board or otherwise in accordance with the provisions of Section 9 of the National Labor Relations Act) shall become eligible to participate in the Plan (1) only after the Company and such union shall have entered into a writ-

ten agreement to the effect that the Plan shall be offered to the employees so represented, and (2) only in accordance with any conditions or requirements contained in such agreement; provided, however, that whenever employees who are eligible for the Plan choose a bargaining agent (pursuant to NLRB certification), they shall continue to be eligible unless and until the certified agent gives notice to the appropriate employee relations manager that it does not wish such eligibility to continue.

### B. How to Enroll

To enroll, you need only complete the proper enrollment form and submit it to your personnel accounting or employee relations office within 31 days of the date you first become eligible for coverage. Your coverage will become effective upon receipt by such office of your properly completed enrollment form.

If your enrollment form is not submitted within your initial 31-day period of eligibility, or (1) if you were insured for an amount of Dependent Life Insurance in accordance with either Option I or Option II or Option III in the above Schedule and later decide to enroll for a higher amount in the above Schedule, or (2) if you were insured for spouse only coverage or children only coverage and later decide to enroll for combined spouse and children coverage (effective January 1, 1992) the carrier may require you to submit medical evidence of insurability of your dependents which is satisfactory to it before you can become insured under this Plan or before you can have your insurance on account of your dependents increased. Any medical examinations will be at your own expense. Coverage, or increased coverage, if applicable, in such cases will become effective upon acceptance by the carrier of such evidence of insurability. If you are enrolled for spouse only coverage and do not have children or if you are enrolled in children only coverage and do not have a spouse, you can enroll for combined spouse and children coverage without having to satisfy evidence of insurability if you do so within 31 days of acquiring a spouse or a child.

New enrollment or an increase in coverage is not available after you retire.

919.3HN-2

During a designated period of not less than 30 days in the fourth quarter of 1991, a special one-time open enrollment will be conducted to allow any employees not currently participating in the Plan to enroll without having to provide evidence of their dependent's good health. During this period current participants can elect to increase their coverage to Option II, Option III, or Option IV without having to provide evidence of their dependent's good health. Current participants can also change their coverage to spouse only coverage or child only coverage. This special enrollment will apply to employees actively at work (or on paid vacation) at the time of the open enrollment period. Those employees not actively at work (or on paid vacation) during this period will be eligible to enroll or increase their coverage within 31 days following their subsequent return to active work.

## C. Your Coverage in Case of Disability or Pregnancy Absence

If you become totally disabled or if you cease work because of pregnancy on or after the date on which your coverage under this Plan becomes effective, your Dependent Life Insurance will remain in force, without payment of contributions during such absences of one week or more, up to a maximum period of one year (18 months in the case of occupational disabilities) but only as long as your continuity of service with the Company is maintained, as determined by the rules and from the records of the Company subject to periodic proof of continuance of such disability. At the end of the maximum period referred to above, or the termination of your continuity of service, whichever is earlier, all the insurance provided by this Plan will cease.

## D. Your Coverage in Case of Layoff or Leave of Absence

If you should be laid off, or if you are granted a leave of absence, your coverage under this Plan may be continued by your payment of regular contributions, monthly in advance, but only as long as your continuity of service is maintained as determined by the rules and from the records of the Company.

## E. Continuation of Coverage after Retirement or for Certain Long-Service Employees Whose Service is Terminated

If you leave the service of the Company, this Plan may be continued by your payment of regular contributions, monthly in advance, provided you are eligible under the following conditions:

1. you leave the service of the Company after you attain age 60; or

2. you retire from the Company on a disability pension under the GE Pension Plan; or

3. you were participating in the GE Pension Plan on August 14, 1955 and leave the service of the Company after you become eligible for optional retirement under the GE Pension Plan; or

4. you leave on a retirement allowance granted by the Company; or

5. you have 25 or more years of continuous service, were directly affected by work transfer/automation/discontinuance of a discrete, unreplaced product line and your service with the company terminated on or before June 30, 1991 and you elected Special Continued Termination Pay; or

6. you retire from the Company under the Special Early Retirement Option of the GE Pension Plan during the period beginning July 1, 1988 and ending July 1, 1991; or

7. you were an employee and you

   (a) were between age 55 and age 60 and (i) had 25 or more years of Pension Qualification Service or (ii) accumulate 25 or more years of Pension Qualification Service before July 1, 1994, or

   (b) were between age 52 and age 54 and attain age 55 and accumulate 25 or more years of Pension Qualification Service before July 1, 1994, and

   (c) (i) are directly impacted by a "Permanent Job Loss Event" or (ii) are an employee who volunteers for and is granted the Special Early Retirement Option as a substitute for another employee in the same job classification directly impacted by a "Permanent Job Loss Event," and

(d) retire under the GE pension Plan during the period beginning July 1, 1991 and ending July 1, 1994; or

8. you were an employee or former employee absent on layoff status with recall rights or protected service and (a) were between age 55 and age 60 with 25 or more years of Pension Qualification Service and (b) meet the other requirements of Section III E 7, and (c) apply for retirement under the GE Pension Plan before September 1, 1991 to be effective either on October 1, 1991 or November 1, 1991; or

9. you are designated as eligible for such continuation as prescribed by the rules of the Company from time to time; or

10. you were an employee and you (a) were age 50 or older and had or would have had 25 or more years of Pension Qualification Service at the end of the calendar year in which your service with the Company terminated and (b) are directly impacted by a "Plant Closing" and (c) commence benefits under the Plant Closing Pension Option during the period beginning July 1, 1991 and ending July 1, 1994; or

11. you have 25 or more years of continuous service or effective July 1, 1991 have 25 or more years Pension Qualifications Service and your service with the Company terminated on or after June 27, 1988 because of (i) a plant closing or (ii) transfer to a successor employer or (iii) after one year on layoff with protected service. In the event you had Dependent Life Insurance coverage at retirement and it was subsequently cancelled because you no longer had an eligible dependent, you may reinstate coverage if you subsequently obtain an eligible dependent provided you follow the provisions of "How to Enroll" and pay the required contributions monthly in advance.

## F. Termination of Employment

If your employment with the Company is terminated or continuity of service is lost for any reason, as determined by the rules and from the records of the Company, your coverage will terminate as of that date except as provided in Sections III and V.

## G. Termination of Coverage in Case of Change in Classification

In the event of a change in your classification which makes you ineligible for this Plan, your coverage will terminate at the end of the payroll period in which such change in classification occurs. If you later again become eligible to participate, your Dependent Life Insurance automatically will be reinstated under this Plan on the date of such change provided that you are actively at work or on paid vacation as of such date, otherwise upon the date of your return to active employment.

## H. Claims for Benefits

The carrier solely is responsible for providing the Dependent Life Insurance benefits under this Plan. Benefits are payable upon proof of claim which should be filed promptly through your personnel accounting or employee relations office on the form which may be obtained from that office.

The carrier will make all determinations with respect to benefits under this Plan. Accordingly, the management and control of the operation and administration of claim procedures under this Plan, including the review and payment or denial of claims and the provisions of full and fair review of claim denial pursuant to Section 503 of the Act, shall be vested in the carrier.

# Section IV.
## When Dependency Ceases

When a dependent ceases to qualify under the definition of "Dependent" (see Section IX), Dependent Life Insurance will automatically cease as to that particular dependent.

# Section V.
## Continuation of Coverage After Your Death

1. If you should die while Dependent Life Insurance is in effect as to your covered dependents,

such insurance will be continued in effect, provided the required contributions are paid for all covered eligible dependents for a period of one year following the date of your death. At the end of that period, the conversion privilege described in Section VI will be available to your covered dependents if they are not eligible for further continuation of Dependent Life Insurance under Section V 2.

2.  In addition, if at the date of your death you had Dependent Life Insurance under this Plan and:

(a)  you were

(1)  age 50 or older and had 25 or more years of continuous service, or

(2)  age 60 or older and had 10 or more years of continuous service, or

(b)  you had not reached the end of the month in which your 65th birthday would have occurred and you were eligible under the conditions described in Section III E.

your eligible covered dependents may continue their Dependent Life Insurance coverage beyond the end of the one-year period described in the preceding paragraph subject to payment of the required contributions as follows:

(a)  with respect to dependent children, the date such person would have ceased to be an eligible dependent if you were still alive

(b)  with respect to your surviving spouse, the earliest of

(1)  the end of the month in which such spouse attains age 65, or

(2)  the date of such spouse's remarriage, or

(3)  the date of such spouse's death.

When Dependent Life Insurance terminates with respect to any living dependent covered by this paragraph, the conversion privilege described in Section VI will be available to such dependent.

# Section VI.
## Conversion Privilege

Your dependents may arrange with the carrier to continue their Dependent Life Insurance under one or more individual policies, without medical examination, if they make written application to the carrier within 31 days after Dependent Life Insurance under the Plan terminates. However, such arrangements may not be made if such termination was at your request. The individual Life Insurance policies will be issued upon any one of the forms of policy then customarily issued by the carrier (except Term Insurance, and except policies containing provisions for Disability or Accidental Death Benefits), at the rate applicable to the individual dependent's class of risk and age at that time. However, at their option, such individual policies may be preceded by single premium term insurance for a period of one year. The amount of such individual policies will be equal to (or at their option less than), the amount of Dependent Life Insurance in effect upon the date of such termination of coverage. Such individual policies will be effective at the end of the 31-day period, but if a covered dependent should die during this period, the amount of Dependent Life Insurance will be payable to you unless you are not living at the date of death of the dependent. In that case, such payment shall be made to the executor or administrator of the deceased dependent's estate, or, at the option of the carrier, to any one or more of the following surviving relatives of the deceased dependent: mother; father; child or children; brothers or sisters.

If an individual policy of Life Insurance has been issued pursuant to the foregoing paragraph, payment of any Dependent Life Insurance under this Plan will be made only if such individual policy is surrendered to the carrier without claim. In such case, any premiums paid on such individual policy shall be refunded by the carrier.

More details concerning the conversion privilege applicable to Dependent Life Insurance may be found in the Group Insurance Certificate Form G.9833 appearing at the end of this Plan HRB 919.3HN.

919.3HN-5

## Section VII.
### Amendment or Termination

This Plan may be amended, suspended or terminated by the Company, in whole or in part, at any time without limitation except as may be otherwise provided in collective bargaining agreements and except further that no such amendment, suspension or termination shall affect adversely any claim arising prior to the effective date of such amendment, suspension or termination.

## Section VIII.
### Administration

For purposes of the Act, General Electric Company shall be the Administrator of the Plan.

Any Named Fiduciary and any fiduciary designated by a Named Fiduciary may use, employ, discharge or consult with one or more individuals, corporations or other entities with respect to advice regarding any responsibility, obligation or duty of such fiduciary in connection with the Plan. Named Fiduciaries with respect to this Plan may allocate fiduciary responsibilities among themselves by written instrument signed in the same manner as provided for delegations in the next succeeding paragraph, and a written record shall be kept thereof.

Any Named Fiduciary may designate other individuals, corporations or other entities, who are not Named Fiduciaries, to carry out such Named Fiduciary's responsibilities, obligations and duties with respect to the Plan. Such delegations may be revoked or modified at any time and any such delegation, revocation or modification shall be made by written instruments signed by the Named Fiduciary, if an individual, or, in the case of other entities who are Named Fiduciaries, in accordance with the procedures governing the functions of such entity, and a written record shall be kept thereof.

Any individual, corporation or other entity may serve in more than one fiduciary capacity with respect to the Plan.

No liability shall attach to or be incurred by the stockholders, officers, directors or employees of the Company, in whatever capacity, under or by reason of the terms, conditions or agreements contained in the Plan or any law, rule or regulation, or for acts or decisions taken or omitted by any of them thereunder. The fiduciary responsibilities of the Named Fiduciaries shall be exercisable severally and not jointly, and each Named Fiduciary's powers, duties, obligations and responsibilities shall be limited to those specifically allocated to such fiduciary by or in accordance with the terms of the Plan. In the event of any delegation in accordance with the Plan, no fiduciary shall be liable for any act or action, whether of commission or omission, taken by the person to whom the delegation is made. The provisions of this Paragraph shall be subject to the mandatory requirements of the Act.

## Section IX.
### Definitions

1.  *"Dependent"*

    The term "dependent" means (1) an employee's spouse and (2) any unmarried child under 23 years of age of an employee, provided, however, that if the child is 19 years of age or over, the child is not employed full time and is principally dependent upon the employee for maintenance and support. A child or spouse will not be considered a dependent if he or she either (a) resides outside the United States and Canada, (b) is in the armed forces of any country other than the United States, or (c) is required to submit evidence of insurability due to late enrollment and such evidence is not accepted as satisfactory by the carrier.

    The term "child" will mean (1) the employee's own children and legally adopted children, (2) stepchildren who reside in the employee's household, and (3) any other children supported solely by the employee and permanently residing in the household of which the employee is the head.

    The age requirement for qualification as a dependent will be waived for a covered dependent child who, at attainment of age 23, is either:

919.3HN-6

(a)   A full-time student at school or college, or,

(b)   Incapable of self-sustaining employment for reason of mental illness or retardation or physical handicap. (Due proof of such incapacity shall be submitted by the employee to the carrier whenever requested by the carrier.)

Of course, when any such child ceases to be a student, or if he recovers from his disability, coverage under this Plan for such child will automatically cease.

2.   *"Company"*

The term "Company" means General Electric Company and any affiliate.

3.   *"Affiliate"*

The term "affiliate" means Electric Mutual Liability Insurance Company and any corporation or business entity owned in whole or in part, directly or indirectly, by General Electric Company.

4.   *"Hourly or Nonexempt Salaried Employee"*

The term "hourly or nonexempt salaried employee" as used in this Plan means (a) (1) an hourly employee or (2) a nonexempt salaried employee or (3) any other employee not eligible to participate in the GE Dependent Life Insurance Plan for Exempt Salaried Employees, of General Electric Company or of any affiliate with respect to all or any portion of its employees, if such affiliate elects to participate in this Plan and if its participation is accepted by the Chief Executive Officer of the General Electric Company or by such person or persons as he may designate, and (b) any such employee of any affiliate who is designated for participation in this Plan, with approval of the carrier, by the Chief Executive Officer of General Electric Company or by such person or persons he may designate.

5.   *"Carrier"*

The term "carrier" means General Electric Company or, if so designated by the Company, insurance companies or claims payers.

6.   *"Rules of the Company" or "Company Practices"*

Where the reference is made in this Plan to "rules of the Company" or "Company practices," such rules or practices shall be those in general effect in the Company and in the case of an employee covered by a collective bargaining agreement shall conform to any applicable provision of such agreement.

7.   *"Named Fiduciary"*

The term "Named Fiduciary" means any fiduciary with respect to the Plan who is either named in the Plan or who is appointed by the Company in writing.

8.   *"Fiduciary"*

"Fiduciary" shall have the same meaning the term fiduciary has in the Act.

9.   *"Act"*

The term "Act" means the Employee Retirement Income Security Act of 1974, as amended from time to time.

10.   *"Permanent Job Loss Event"*

The term "Permanent Job Loss Event" means when an employee is in a specific job classification that is directly adversely affected by a Company decision to close a plant; to transfer work; to discontinue a discrete, unreplaced product line; to introduce an automated manufacturing or office machine; to introduce a robot or to implement a reduction in force of indefinite duration.

11.   *"Protected Service"*

The term "protected service" means a period of time during which an employee's continuity of service is being maintained as determined by the Company's Continuity of Service Rules.



# Metropolitan Life Insurance Company

A Mutual Company Incorporated in New York State

(Herein called the Insurance Company)

## Group Insurance Certificate

The Insurance Company certifies that it has issued Group Policy No. **663-GB** insuring Employees of

### General Electric Company

(Herein called the Employer)

under which certain Hourly and Nonexempt Salaried Employees are insured on account of their Dependents for Dependent Life Insurance as described on the following pages of this Insurance Plan Certificate-Booklet for Plan **HRB-919.3HN.**

If you are an Hourly or a Nonexempt Salaried Employee, as defined in this Certificate-Booklet, you will become insured on account of your Dependents in accordance with the provisions set forth in this Certificate-Booklet under the captions ''Eligibility'' and ''How to Enroll.''

The Plan described in this Certificate-Booklet is not applicable prior to July 1, 1991.

The Dependent Life Insurance described in this Certificate-Booklet, is applicable only if you (1) have requested, (2) are insured and (3) are making the required contribution for benefits under such insurance.

This Certificate-Booklet is valuable to you and should be kept in a safe place known to you. If you lose your Booklet, an additional copy may be obtained from your employer.

This Certificate-Booklet contains those provisions of the Group Policy which affect Employees who are insured. It is not a contract of insurance. The insurance is subject to the provisions of the Group Policy which constitutes the contract under which the insurance is provided.

No agent has authority to accept or waive the required proof of claim, nor to extend the time within which such proof must be given.

This Certificate-Booklet is non-assignable and the insurance and benefits are non-assignable prior to a loss. The insurance does not at any time provide paid-up insurance, or loan or cash values.

The Home Office of the Insurance Company is located at One Madision Avenue, New York, New York 10010-3690.

**Metropolitan Life Insurance Company,**

CHAIRMAN OF THE BOARD, PRESIDENT
AND CHIEF EXECUTIVE OFFICER

Form G9833
Printed in U.S.A.

This Certificate-Booklet Replaces All Previous Certificates and Booklets Issued to You by Metropolitan Life Insurance Company Relating to Any Coverages Summarized Herein

# DEPENDENT LIFE INSURANCE CONVERSION PRIVILEGE

Your Dependents may arrange with the Insurance Company to continue their Dependent Life Insurance under an individual policy if the Dependent Life Insurance ceases because:

(a) your employment ends or you are no longer in a class which remains eligible for Dependent Life Insurance,

(b) you die, or

(c) your Dependent no longer qualifies as an eligible Dependent.

Evidence of your Dependent's good health is not required if the Dependent makes written application for such individual policy within 31 days after Dependent Life Insurance ceases. The individual policy will be issued upon any one of the forms of policy then used by the Insurance Company (except term insurance, and except policies containing provisions for Disability or Accidental Death Benefits), at the rate for your Dependent's class of risk and age at that time. However, at your Dependent's option, such individual policy may be preceded by term insurance for a period of one year. The amount of such individual policy will be equal to (or at your Dependent's option, less than) the amount of Dependent Life Insurance in effect at the time (a), (b), or (c) above apply. Such individual policy will be effective at the end of the 31 day period, but if your Dependent should die during this period, the amount of that Dependent's Life Insurance under the Plan will be payable to you whether or not your Dependent has applied for an individual policy unless you are not living at the date of the death of the Dependent. In that case, such payment shall be made to the executor or administrator of the deceased Dependent's estate, or, at the option of the Insurance Company, to any one or more of the following surviving relatives of the deceased Dependent: mother; father; child or children; brothers or sisters.

If the amount of Dependent Life Insurance is reduced, for any reason, by at least 20%, the Dependent Life Insurance conversion privilege described above will be available to your Dependent on the date of any reduction. The 20% reduction may be the result of one reduction or a series of smaller reductions. In addition, each time, following a previous reduction in the amount of Dependent Life Insurance Benefits which totaled 20% any subsequent reduction in the amount of Dependent Life Insurance again totals 20%, the Dependent will have the right to apply. The amount of any individual policy issued, as a result of any reduction, will not be more than the amount of the reduction. However, in the event the Dependent does not apply during the 31 day Period available, the Dependent will not be able to apply for that amount during a later 31 day period which may be available to the Dependent.

If the Group Policy is discontinued, then your Dependent may obtain an individual policy of Life Insurance, subject to the same terms and conditions as upon cessation of such insurance as described in (a), (b), or (c) above, except that the amount of such individual policy shall not exceed the amount of your Dependent's Life Insurance under the Group Policy on the date of cessation of such insurance, reduced by any other Life Insurance for which your Dependent may be or may become eligible under any group policy issued or reinstated by the Insurance Company or any other insurer within 45 days after such cessation.

If an individual policy of Life Insurance has been issued pursuant to the foregoing paragraph, payment of any Dependent Life Insurance under this Plan will be made only if such individual policy is surrendered to the Insurance Company without claim. In such case, any premiums paid on such individual policy shall be refunded by the Insurance Company.

# NOTICES TO EMPLOYEE

If you cease active work for any reason, you should find out from your employer what arrangements, if any, can be made to continue your insurance benefits in force, so that you will be able to exercise any rights you may then have.

The designation by you of a beneficiary under an individual policy of Life Insurance issued in accordance with the Life Insurance Conversion Privilege, other than the beneficiary of record under the Plan, shall effect a change of beneficiary under the Plan to the beneficiary of record under such individual policy, regardless of whether or not written notice of such change is filed with the Employer.

The Home Office of the Insurance Company is located at One Madison Avenue, New York, New York 10010-3690.

Form G.9833