IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF JAMES EDWARD SHOOK, Deceased,<br>  *Plaintiff*<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE, COMPANY,<br>  *Defendant*<br><br>—————————————————<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br>  *Counter Plaintiff/Third Party Plaintiff*<br><br>v.<br><br>SANDRA KAY OSBORNE as the Independent Executor of the ESTATE OF JAMES EDWARD SHOOK,<br>  *Counter Defendant*<br><br>NORMA L. SHOOK,<br>  *Third Party Defendant* | Case No. 2:20-cv-02289-CSB-EIL<br><br>Judge Colin S. Bruce<br><br>Magistrate Judge Eric I. Long |

**METROPOLITAN LIFE INSURANCE COMPANY'S
<u>MOTION TO ENTER AGREED ORDER</u>**

Defendant/Counter Plaintiff/Third Party Plaintiff, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife") by its attorney, Jacqueline J. Herring of Smith von Schleicher & Associates, submits its Motion to Enter Agreed Order for disbursement of funds, interpleader discharge, and dismissal of the litigation. The proposed Agreed Order is attached as Exhibit A.

MetLife brought its Counterclaim and Third Party Complaint in Interpleader due to a dispute over the beneficiary of life insurance benefits. The parties have agreed to MetLife's

disbursement of the life insurance benefits to be held in the attorney trust account of Dent Law Offices, Ltd., interpleader discharge of MetLife as set forth in the attached proposed Agreed Order, and dismissal of the litigation with prejudice in its entirety. Accordingly, MetLife requests that the Court enter the Agreed Order attached as Exhibit A.

WHEREFORE, Defendant/Counter Plaintiff/Third Party Plaintiff Metropolitan Life Insurance Company respectfully requests that the Court grant its Motion to Enter Agreed Order.

Respectfully submitted,

| | |
|---|---|
| Jacqueline J. Herring (Ill. Bar 6282246)<br>SMITH \| VON SCHLEICHER + ASSOCIATES<br>180 North LaSalle Street, Suite 3130<br>Chicago, Illinois 60601<br>P  312.541.0300 \| F  312.541.0933<br>jackie.herring@svs-law.com | By:  */s/ Jacqueline J. Herring*<br>Attorney for Defendant/Counter Plaintiff/<br>Third Party Plaintiff, Metropolitan Life<br>Insurance Company |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system. I further certify that a paper copy of the electronically filed document was served on the individuals addressed below via U.S. Mail, postage pre-paid at 180 North LaSalle Street, Chicago, Illinois.

L. Kaye DeSelms Dent
Roy Jackson Dent, III
Dent Law Offices, Ltd.
415 W. Virginia Ave.
POB 1633
Effingham, IL 62401

Norma L. Shook
c/o Rebecca Louise Gates, Power of Attorney
8 Westwood
Mattoon, Illinois 61938
beckygates_2000@yahoo.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312. 541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246