E-FILED
Monday, 26 April, 2021 05:57:41 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF JAMES EDWARD SHOOK, Deceased,<br>    *Plaintiff* | Case No. 2:20-cv-02289-CSB-EIL |
| v. | Judge Colin S. Bruce |
| METROPOLITAN LIFE INSURANCE, COMPANY,<br>    *Defendant* | Magistrate Judge Eric I. Long |
| METROPOLITAN LIFE INSURANCE COMPANY,<br>    *Counter Plaintiff/Third Party Plaintiff* | |
| v. | |
| SANDRA KAY OSBORNE as the Independent Executor of the ESTATE OF JAMES EDWARD SHOOK,<br>    *Counter Defendant* | |
| NORMA L. SHOOK,<br>    *Third Party Defendant* | |

## AGREED ORDER

The matter coming before the Court upon the agreement of the parties, and the Court being fully advised,

IT IS HEREBY ORDERED:

1. Metropolitan Life Insurance Company ("MetLife") is authorized to disburse the total amount of $38,688 (the "Proceeds"), consisting of $18,688 in life insurance benefits (Claim No. 22007008206) and $20,000 in dependent life insurance benefits (Claim No. 22007008195) payable due to the death of James Edward Shook (the "Decedent") under an employee welfare benefit plan (the "Plan") sponsored by General Electric Company ("GE"), plus any applicable interest, into the attorney trust account of Dent Law Offices, Ltd.;

2. MetLife, GE, and the Plan are discharged from any further liability for the Proceeds plus any applicable interest;

3. The Estate of James Edward Shook (the "Estate") and Norma Shook are restrained and enjoyed from instituting any action or proceeding in any state or United States court against MetLife, GE, or the Plan for recovery of the Proceeds, plus any applicable interest, payable by reason of the death of the Decedent; and

4. This action, including the Estate's Complaint against MetLife, and MetLife's Counterclaim and Third Party Complaint in Interpleader against the Estate and Norma Shook, is dismissed with prejudice in its entirety.

By:_____
       Judge Colin S. Bruce

Dated:_____

Agreed to by:

By: /s/ Jacqueline J. Herring
Attorney for Metropolitan Life Insurance Company

Jacqueline J. Herring
Smith von Schleicher & Associates
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
(312) 541-0300
jackie.herring@svs-law.com

By: _____
Attorney for the Estate of James Edward Shook, and Sandra Kay Osborne as the Independent Executor of the Estate of James Edward Shook

L. Kaye DeSelms Dent
Roy Jackson Dent, III
Dent Law Offices, Ltd.
415 W. Virginia Ave., PO Box 1633
Effingham, IL 62401
(217) 330-5500
kaye@dentlawoffices.com
notices@dentlawoffices.com

By: _____
Rebecca Louise Gates, as Power of Attorney for Norma L. Shook

Rebecca Louise Gates
Redacted
Mattoon, Illinois    Redacted
(217) 225-3120
beckygates_2000@yahoo.com

Agreed to by:                                              s/L. Kaye DeSelms Dent

By:_____        By:_____
Attorney for Metropolitan Life Insurance         Attorney for the Estate of James Edward
Company                                          Shook and Sandra Kay Osborne as the
                                                 Independent Executor of the Estate of James
                                                 Edward Shook

Jacqueline J. Herring                            L. Kaye DeSelms Dent
Smith von Schleicher & Associates                Roy Jackson Dent, III
180 N. LaSalle St. Suite 3130                    Dent Law Offices, Ltd.
Chicago, Illinois 60601                          415 W. Virginia Ave., PO Box 1633
(312) 541-0300                                   Effingham, IL 62401
jackie.herring@svs-law.com                       (217) 330-5500
                                                 kaye@dentlawoffices.com
                                                 notices@dentlawoffices.com


By: _____
Rebecca Louise Gates, as Power of Attorney
for Norma L. Shook

Rebecca Louise Gates
Redacted

Mattoon, Illinois   Redacted
(217) 225-3120
beckygates_2000@yahoo.com

3

Agreed to by:

By:_____
Attorney for Metropolitan Life Insurance
Company

By: _____
Attorney for the Estate of James Edward
Shook, and Sandra Kay Osborne as the
Independent Executor of the Estate of James
Edward Shook

Jacqueline J. Herring
Smith von Schleicher & Associates
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
(312) 541-0300
jackie.herring@svs-law.com

L. Kaye DeSelms Dent
Roy Jackson Dent, III
Dent Law Offices, Ltd.
415 W. Virginia Ave., PO Box 1633
Effingham, IL 62401
(217) 330-5500
kaye@dentlawoffices.com
notices@dentlawoffices.com

s/Rebecca Louise Gates

By:_____
Rebecca Louise Gates, as Power of Attorney
for Norma L. Shook

*POA*

Rebecca Louise Gates
Redacted
Mattoon, Illinois   Redacted
(217) 225-3120
beckygates_2000@yahoo.com