# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **James Edward Shook** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**Metropolitan Life Insurance Company** )<br>)<br>**Defendant.** )<br>)<br>**Metropolitan Life Insurance Company** )<br>)<br>**Counter Plaintiff/Third Party Plaintiff,** )<br>)<br>vs. )<br>**Sandra Kay Osborne,** )<br>)<br>**Counter Defendant,** )<br>)<br>**Norma L. Shook,** )<br>)<br>**Third Party Defendant.** ) | **Case No. 20-2289** |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Metropolitan Life Insurance Company is authorized to disburse the total amount of $38,688 ("Proceeds"), consisting of $18,688 in life insurance benefits and $20,000 in dependent life insurance benefits payable due to the death of James Edward Shook ("Decedent") under an employee welfare benefit plan ("Plan") sponsored by General Electric Company, plus any applicable interest, into the attorney trust account of Dent Law Offices, Ltd.

**IT IS FURTHER ORDERED AND ADJUDGED** that MetLife, GE, and the Plan are discharged from any further liability for the Proceeds plus any applicable interest.

**IT IS FURTHER ORDERED AND ADJUDGED** that The Estate of James Edward Shook and Norma Shook are restrained and enjoined from instituting any action or proceeding in any state or United States court against MetLife, GE, or the Plan for recovery of the Proceeds, plus any applicable interest, payable by reason of the death of the Decedent.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action including the plaintiff's complaint and the counterclaim and third-party complaint against plaintiff is dismissed with prejudice.

Dated: 5/3/21

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court